# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NEW BEGINNINGS HOUSTON, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:19-CV-177-JDK |
| LONNIE CLUCK, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER DENYING SEPTEMBER 27 EMERGENCY MOTION

On September 27, 2019, Plaintiff Joe Donalson purported to file an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction on behalf of Plaintiff New Beginnings Fellowship Church. Docket No. 33. At the hearing on October 29, 2019, counsel for Plaintiff New Beginnings Fellowship Church stated that the emergency motion was filed in error and orally withdrew it. Docket No. 39. Plaintiff Donalson did not object.

Accordingly, the Court hereby **DENIES** the September 27 emergency motion (Docket No. 33).

So **ORDERED** and **SIGNED** this **17th** day of **December, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE