# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NEW BEGINNINGS HOUSTON, *et al.*, § § § § § § § § § | |
| Plaintiffs, | |
| v. | Case No. 6:19-CV-177-JDK |
| LONNIE CLUCK, *et al.*, | |
| Defendants. | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

On February 24, 2020, Plaintiffs New Beginnings Houston, Covenant Community of New Beginnings Canton, and Joe Donalson, together with Defendants Lonny Cluck, Brian Horton, Todd Peterson, Lou Ann Everett, and the City of Canton, Texas, filed a Joint Motion for Dismissal of Defendants. Docket No. 64. On February 26, 2020, Plaintiff Joe Donalson in his personal capacity filed a Notice of Withdrawal from this joint motion. Docket No. 66. Because the joint motion was not signed by or on behalf of Plaintiff-Intervenors Lara Purnell and Steven Phillips, the Court issued a Show Cause Order directing Ms. Purnell and Mr. Phillips to file a notice to the Court if they opposed the motion. Docket No. 65. Acknowledgments of receipt of the Show Cause Order by Purnell and Phillips were filed on March 2, 2020. The deadline in the Show Cause Order has now passed, and no notice or response has been filed.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed "on terms that the court considers proper." Having considered the case and noting that the parties, with the exception of Mr. Donalson, have jointly requested the Court dismiss "all claims and causes of action . . . with prejudice," the Court **ORDERS** that all claims brought by Plaintiffs New Beginnings Houston and Covenant Community of New Beginnings Canton and by Intervenors Lara Purnell and Steven Phillips are **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **26th** day of **March, 2020.**

                                                     JEREMY D. KERNODLE  
                                                   UNITED STATES DISTRICT JUDGE